In the Matter of the Claim of ELLEN C. PIERCE, against FREDERICK YOUNG et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1929; decided October 22, 1929.)

*Leo Waxman* for appellants.

*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.